**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on June 22, 2011, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: June 22, 2011**

_____
**Arthur I. Harris
United States Bankruptcy Judge**

_____

BK1103949
SRD

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 11-11427 |
| Chene' Lynn Jones | Chapter 7<br>Judge Harris |
| Debtor | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT 21991 SOUTH LAKE SHORE BOULEVARD, EUCLID, OH 44123** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket **8**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the

Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 21991 South Lake Shore Boulevard Euclid, OH 44123.

###

SUBMITTED BY:

/s/ Jill L Fealko
Jill L Fealko, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0072545
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3174
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Capital 1 Bk - Creditor
Attn: C/O TSYS Debt Managment
PO Box 5155
Norcross, GA 30091
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

City of Euclid - Creditor
Department of Taxation
585 East 222 Street
Euclid, OH 44123
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Kathleen Donnelly, Esq. - Attorney for Debtor
526 Superior Ave.
#1030
Cleveland, OH 44114
kdonnellyctnotices@gmail.com
VIA ELECTRONIC SERVICE

Jill L Fealko, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Chene' Lynn Jones - Debtor
21991 South Lake Shore Blvd.
Euclid, OH 44123
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Ohio Department of Taxation - Creditor
Compliance Division
PO Box 182401
Columbus, OH 43218-2401
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Marvin A. Sicherman - Trustee
1100 AmTrust Bank Center
1801 East 9th Street
Cleveland, OH 44114-3169
sicherman_trustee@dsb-law.com
VIA ELECTRONIC SERVICE